DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LORENZO DEMOND PHILLIPS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2029

————————————————

February 20, 2026

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Blair Allen, Public Defender, and Diana L. Johnson, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.